1  James P. Cunningham, No. 121406
   Richard R. Ames, No. 185822
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
4  Telephone:     415.989.5900
   Facsimile:     415.989.0932
5  *Email:*        jcunningham@cbmlaw.com
                  rames@cbmlaw.com
6
   Attorneys for Defendant
7  WARREN PUMPS, LLC

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | BOBBY FLOYD AND BARBARA FLOYD, | Case No. CV-10-01960-MMC |

12 | Plaintiffs, | [PROPOSED] STIPULATION AND ORDER RE EXTENSION OF TIME |

13 | v. | |

14 | AIR & LIQUID SYSTEMS CORPORATION, et al., | |

15 | | [San Francisco County Superior Court Case No. CGC-10-275540] |

16 | Defendants. | |

17

18         This stipulation is made between counsel for Defendant Warren Pumps, LLC

19  and counsel for Plaintiffs Bobby Floyd and Barbara Floyd ("Plaintiffs").

20         Plaintiffs stipulate that Warren Pumps, LLC may timely file its answer in the

21  above-referenced case on or before May 25, 2010.  The parties do not believe that this

22  extension will affect any currently scheduled dates or deadlines.

23  / / /

24  / / /

25  / / /

26  / / /

27

28

CBM-SF\SF481015

1   IT IS SO STIPULATED.

2

3   Dated: May 24, 2010        CARROLL, BURDICK & McDONOUGH LLP

4

5                              By _____
6                                  Richard R. Ames
                                   Attorneys for Defendant
7                                  WARREN PUMPS, LLC.

8   Dated: May ___, 2010       WATERS & KRAUS LLP

9

10                             By _____
11                                 Laurel Halbany
                                   Attorneys for Plaintiffs
12                                 BOBBY FLOYD AND BARBARA FLOYD

13  IT IS SO ORDERED.

14

15  Dated: _____

16

17                             _____
                               HON. MAXINE M. CHESNEY
18

19

20

21

22

23

24

25

26

27

28

IT IS SO STIPULATED.

Dated: May 24, 2010     CARROLL, BURDICK & McDONOUGH LLP

By _____
Richard R. Ames
Attorneys for Defendant
WARREN PUMPS, LLC.

Dated: May 25, 2010     WATERS & KRAUS LLP

By _____
Laurel Halbany
Attorneys for Plaintiffs
BOBBY FLOYD AND BARBARA FLOYD

IT IS SO ORDERED.

Dated: May 27, 2010

HON. MAXINE M. CHESNEY

CBM-SF\SF481015

-2-

[Proposed] Stipulation and Order re Extension of Time            Case No. CV-10-01960-MMC