1   MICHAEL J. PIETRYKOWSKI (SBN: 118677)
    mpietrykowski@gordonrees.com
2   JAMES SCADDEN (SBN 90127)
    jscadden@gordonrees.com
3   GLEN R. POWELL (SBN: 219453)
    gpowell@gordonrees.com
4   GORDON & REES LLP
    Embarcadero Center West
5   275 Battery Street, Twentieth Floor
    San Francisco, CA 94111
6   Telephone: (415) 986-5900
    Facsimile: (415) 986-8054
7
8   Attorneys for Defendant
    AIR & LIQUID SYSTEMS CORPORATION
    (sued individually and as successor-by-merger to
9   BUFFALO PUMPS, INC.)

10          **UNITED STATES DISTRICT COURT**

11         **NORTHERN DISTRICT OF CALIFORNIA**

12  BOBBY FLOYD and BARBARA          ) U.S.D.C. CASE NO. C10-01960
    FLOYD,                           ) DMR
13                                   )
                 Plaintiffs,         )
14                                   ) Case No. CGC-10-275540
            v.                       ) (San Francisco County Superior
15                                   ) Court)
    AIR & LIQUID SYSTEMS             )
16  CORPORATION (*sued individually and* ) **ORDER APPROVING**
    *as successor by merger to BUFFALO* )
17  *PUMPS, INC.*), et al.,          ) **SUBSTITUTION OF ATTORNEY**
                                     )
18               Defendants.         )
                                     )
19  ──────────────────────────────────

20          THE COURT AND ALL PARTIES ARE NOTIFIED THAT defendant AIR

21  & LIQUID SYSTEMS CORPORATION (sued individually and as successor-by-

22  merger to BUFFALO PUMPS, INC.)makes the following substitution of counsel:

23  Michael J. Pietrykowski (State Bar No. 118677) of Gordon & Rees LLP, 275

24  Battery Street, 20th Floor, San Francisco, CA 94111, telephone:  415.986.5900 is

25  substituted in as new counsel of record for AIR & LIQUID SYSTEMS

26  CORPORATION (sued individually and as successor-by-merger to BUFFALO

27  PUMPS, INC.)

28          I consent to this substitution.

                              -1-
    ─────────────────────────────────────────
                   SUBSTITUTION OF ATTORNEY

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

1   Dated: May 25, 2010          AIR & LIQUID SYSTEMS CORP., SUCCESSOR

2                                BY MERGER TO BUFFALO PUMPS, INC.*

3                                By: _____

4                                      ROSE HOOVER

5       I consent to this substitution.

6   Dated: May 26, 2010          GORDON & REES LLP

7

8                                By: _____

9                                /s/   Michael J. Pietrykowski

10

11      I consent to this substitution.

12  Dated: May 27, 2010          JACKSON & WALLACE LLP

13

14                               By: _____

15                                      JOHN WALLACE

16

17  *Buffalo Pumps merged into Air & Liquid Systems Corp. on 12/31/09.

18

19

20

21

22                               IT IS SO ORDERED

23

24  Dated: June 3, 2010          Judge Maxine M. Chesney

25                               UNITED STATES DISTRICT COURT
                                 NORTHERN DISTRICT OF CALIFORNIA

26

27

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111