J. Scott Wood, Esq.        SBN 136306
**Foley & Mansfield P.L.L.P.**
1111 Broadway, 10th Floor
Oakland, CA  94607
Telephone: (510) 590-9500
Facsimile:  (510) 590-9595

Attorneys for Defendants
**CAMPBELL INDUSTRIES**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY FLOYD and BARBARA FLOYD ) <br> ) <br> Plaintiffs, ) <br>  vs.  ) <br> ) <br> AIR & LIQUID SYSTEMS CORP, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No.:  3:10-cv-01960-MMC <br><br> [PROPOSED] **ORDER GRANTING SUBSTITUTION OF ATTORNEY FOR CAMPBELL INDUSTRIES** |

Defendant Campbell Industries Substitution of Attorney is hereby granted.

IT IS SO ORDERED .

DATED: June  10 , 2010        By: *Maxine M. Chesney*
                                                     Hon. Maxine M. Chesney
                                                     U.S. District Court
                                                     Northern District of California