A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 6-18-10
ATTEST: K___
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

A CERTIFIED TRUE COPY
ATTEST
By Jakeia R. Mells on Jun 09, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 25, 2010

FILED
CLERK'S OFFICE

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

C/o-1960 MMC
(SEE ATTACHED SCHEDULE)

FILED
JUN 23 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CONDITIONAL TRANSFER ORDER (CTO-336)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 85,288 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 09, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                                              MDL No. 875

### SCHEDULE CTO-336 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 3 | 10-8050 | Benson Yazzie, et al. v. BNSF Railway Co. |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 10-1081 | Michael Langlois, et al. v. A.W. Chesterton Co., Inc., et al. |
| CAC | 2 | 10-1398 | Ronald Alvin Geist v. Air & Liquid Systems Corp., et al. |
| CAC | 2 | 10-1471 | Michael Eugene Morgan, et al. v. Air & Liquid Systems Corp., et al. |
| CAC | 2 | 10-2024 | Duane Smith v. Air & Liquid Systems Corp., et al. |
| CAC | 2 | 10-2403 | Nola Salamante, et al. v. Garlock Sealing Technologies, LLP, et al. |
| CAC | 2 | 10-3618 | Kathleen Smith, et al. v. A.W. Chesterton Co., et al. |
| **CALIFORNIA NORTHERN** | | | |
| ~~CAN~~ | ~~3~~ | ~~10-1573~~ | ~~Carole Truitt, et al. v. United Technologies Corp.~~ **Opposed 6/9/10** |
| CAN | 3 | 10-1616 | Gloria Fanous O'Neil, et al. v. A.W. Chesterton Co., et al. |
| ~~CAN~~ | ~~3~~ | ~~10-1729~~ | ~~Linda Olschewske, et al. v. Asbestos Defendants, et al.~~ **Opposed 6/9/10** |
| CAN | 3 | 10-1851 | Donald Founds v. General Electric Co., et al. |
| CAN | 3 | 10-1960 | Bobby Floyd, et al. v. Air & Liquid Systems Corp., et al. |
| ~~CAN~~ | ~~4~~ | ~~10-1921~~ | ~~Dale Powers v. Allis Chalmer Corp. Product Liability Trust, et al.~~ **Opposed 6/9/10** |
| **CONNECTICUT** | | | |
| CT | 3 | 09-1174 | Joanne L. Zema, etc. v. General Electric Co., et al. |
| CT | 3 | 10-269 | Ralph Iorlano, et al. v. General Electric Co., et al. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 9 | 10-80594 | Johanna Krieger, etc. v. Alfa-Laval, Inc., et al. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 10-1428 | Louis Wilson v. Laughlin-Thyssen, Inc., et al. |
| ~~LAE~~ | ~~2~~ | ~~10-1460~~ | ~~Ronald Eckerle v. Northrop Grumman Shipbuildings, Inc., et al.~~ **Opposed 6/4/10** |
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 5 | 10-158 | Roger S. Page, et al. v. Armstrong International, Inc., et al. |
| NCE | 7 | 09-178 | Elnora Piner, et al. v. Anchor Packing Co., et al. |
| NCE | 7 | 10-18 | Charles Eugene Taylor, et al. v. 3M Co., et al. |

**MDL No. 875 - Schedule CTO-336 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **NEBRASKA** | | | |
| NE | 8 | 10-180 | Thomas Hart v. BNSF Railway Co. |
| NE | 8 | 10-181 | Marvin Beuning v. BNSF Railway Co. |
| NE | 8 | 10-183 | Roger Schwab v. BNSF Railway Co. |
| **RHODE ISLAND** | | | |
| RI | 1 | 10-65 | William T. Nelson v. A.W. Chesterton Co., et al. |
| **VIRGINIA EASTERN** | | | |
| VAE | 2 | 10-9673 | Frank E. Niemic v. American Standard, Inc., et al. |
| VAE | 2 | 10-9674 | Gary W. Howell v. American Standard, Inc., et al. |
| VAE | 2 | 10-9675 | Richard M. Mallory v. American Standard, Inc., et al. |
| VAE | 4 | 10-3273 | Ricky P. Debolt v. Garlock Sealing Technologies, LLC, et al. |
| VAE | 4 | 10-3274 | Cheryl E. Burns, etc. v. Garlock Sealing Technologies, LLC, et al. |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 10-617 | Robert Lovett, etc. v. Todd Shipyards Corp., et al. |
| **WEST VIRGINIA SOUTHERN** | | | |
| WVS | 3 | 10-182 | Martin Randall Woodall, Jr. v. Campbell Transportation Co., Inc., et al. |

MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA U.S. COURT HOUSE
### 601 MARKET STREET
### PHILADELPHIA 19106-1797

### IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION
### MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-336) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey
MDL Docketing Clerk

Enclosure